UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. KG,<br><br>   *Plaintiff*<br><br>V.<br><br>YACHT PATH INTERNATIONAL, INC., *in personam*, CERTAIN CARGO SHIPPED ONBOARD THE M/V BBC VESUVIUS PURSUANT TO B/L NOS. BBCH5681601VP01, BBCH5681601VP02, BBCH5681601VP03, BBCH5681601VP04, BBCH5681601VP05, AND BBCH5681601VP06,<br><br>   *Defendant* | CIVIL ACTION NO. _____<br><br>**IN ADMIRALTY**<br><br>Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## VERIFIED COMPLAINT FOR MARITIME ARREST

1. This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. §1333, 28 U.S.C. §1330, Supplemental Rule C for Certain Admiralty and Maritime Claims, Fed. R. Civ. P. 9(h), and the diversity jurisdiction of this Court pursuant to 28 U.S.C. § 1332.

2. Jurisdiction and venue are proper in this Court because both the *in personam* defendant and the *in rem* defendants are presently or will soon be located within this District.

3. At all times material, the plaintiff, BBC Chartering & Logistic GmbH & Co. KG (hereinafter referred to as "BBC"), was a foreign corporation organized and existing under the laws of a state other than the State of Florida, with its principal offices in Leer, Germany, and who was and is engaged in the business of operating vessels for the carriage of goods by sea. Specific to this action, BBC is the time charterer of the M/V BBC VESUVIUS.

1

4. At all times material, the defendant, Yacht Path International, Inc. (hereinafter referred to as "Yacht Path"), was, on information and belief, a corporation organized under the laws of the state of New York, with its principal place of business in Fort Lauderdale, Florida.

5. This is an action to obtain security for unpaid freight charges owed by Yacht Path to BBC.

6. On or about January 11, 2013, BBC, as time charterer and through its agent, BBC Chartering USA, LLC, entered into a Charter Fixture with Yacht Path, as negotiated by Gisholt Shipping, Inc., the broker and agent for Yacht Path. Under the terms of the Charter Fixture, Yacht Path chartered the full reach of the deck including the magazine space in front of accommodations onboard the BBC VESUVIUS for a shipment of six yachts not to exceed 900 metric tons from Victoria, British Columbia to Port Everglades, Florida.

7. Freight was calculated on a lump sum basis in the amount of $300,000.00, with 50% due two days prior to arrival in Golfito, Costa Rica (on or about 15 February) and the remaining 50% due two days prior to arrival in Port Everglades (on or about 22 February). *See* Confirmation of Charter Fixture, email dated January 11, 2013, attached hereto as Exhibit A.

8. BBC prepared six bills of lading, BBCH5681601VP01 through BBCH5681601VP06 on form CONGENBILL 1994, for the six yachts and designated freight payable "AS PER CHARTER PARTY DATED OCTOBER 21, 2012." *See* Draft Bills of Lading, attached hereto as Exhibit B.

9. The October 21, 2012 Charter Party (the "Charter Party") was prepared on form GENCON 1976 and contained clause 8, which provided as follows:

> *Owners shall have a lien on all cargo for any amount due including but not limited to freight, demurrage, detention and other costs or expenses under this contract and other contracts between the Charterer and Owner and costs of recovering the*

> *same (including lawyer's fees) and shall be entitled to sell the cargo privately or by auction to satisfy any claims or liens at the specified discharge port or other port.*

*See* Charter Party, attached hereto as Exhibit C.

10. Six yachts were loaded onboard the BBC VESUVIUS pursuant to the Charter Fixture. Consignees are: Christensen Brokerage East (BBCH5681601VP01 and BBCH5681601VP02); All American Marine, Inc. (BBCH5681601VP03); Larry Hemmerich (BBCH5681601VP04); Traditional Yachts, Inc. (BBCH5681601VP05); and Pure Luxury, LLC (BBCH5681601VP06).

11. On February 5, 2013, Kevin Cummings of Yacht Path sent an email to Robert Jacquet of BBC USA acknowledging 50% of the lump sum payment was due by February 15 and the remaining balance is due before discharge of cargo. Cummings also agreed that "1% per day" liquidated damages would apply "on the outstanding/overdue portion of the freight." *See* Cummings email dated February 5, 2013, attached hereto as Exhibit D.

12. On February 15, Cummings admitted via email that freight had not been paid for Yacht Path's cargo aboard the BBC VESUVIUS but claimed that payment would be made "ASAP but prior to arrival at PEV." *See* Cummings email dated February 15, 2013, attached hereto as Exhibit E.

13. The BBC VESUVIUS is scheduled to arrive at Port Everglades, Florida on Sunday, February 23, 2013. No freight payment has been made for the cargo aboard the vessel.

## COUNT 1 – BREACH OF MARITIME CONTRACT

14. BBC incorporates and reasserts the allegations contained in Paragraphs 1 through 13 as if fully set forth herein.

3

15. BBC brings this claim *in personam* against Yacht Path, as more fully set out above, because Yacht Path entered into a maritime contract with BBC.

16. BBC performed its obligations under the contract; Yacht Path, on the other hand, failed to comply with the terms of the agreement, and now refuses to pay contractual freight despite amicable demand.

17. Accordingly, Yacht Path is in breach of the contract as of February 21, 2013, and is therefore liable in personam to BBC for freight in the approximate amount of $300,000.00, plus the additional freight amounts due.

**COUNT II – MARITIME ARREST OF CARGO SHIPPED PURSUANT TO RULE C**

18. BBC incorporates and reasserts the allegations contained in Paragraphs 1 through 17 as if fully set forth herein.

19. The cargo is or shall be located within this District and within the jurisdiction of this Court.

18. The cargo consists of six yachts onboard the BBC VESUVIUS bound for Port Everglades, Florida.  *See* Exhibit B.

19. By virtue of the bills of lading that incorporate the Charter Party, owners of the cargo were on notice of BBC's right to a lien over the cargo for purposes of securing freight. BBC is entitled to arrest the cargo pursuant to Clause 8 of the Charter Party and Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, and also is entitled to sell the cargo to satisfy the claims herein.

20. BBC is not seeking to arrest the cargo for the purpose of injuring or harassing Yacht Path.

21. BBC seeks an order from this Court directing the Clerk of Court to issue a Process of Maritime Attachment, pursuant to Rule C of the Supplemental Rules, attaching *inter alia*, the six yachts onboard the BBC VESUVIUS for which freight has not been recieved. *See* Exhibit C.

22. BBC avers that exigent circumstances exist that make this Court's review impracticable, and that this Court should direct the Clerk to immediately issue a warrant for maritime arrest of the cargo.

**WHEREFORE**, BBC Chartering & Logistic GmbH & Co. KG respectfully demands judgment, and prays as follows:

(A) $300,000.00, plus liquidated damages as imposed under the Charter Fixture;

(B) Attorney's fees as determined reasonable by the Court costs and expenses in custodial legis be awarded, plus such additional costs and expenses as may occur during the pendency of this action;

(C) that should the consignees fail to satisfy BBC's lien, the cargo as arrested herein be condemned and sold to satisfy any judgment;

(D) that BBC have pre and post judgment interest, and such other and further relief as may be just and proper; and

(E) that this Court maintain jurisdiction over this matter through the entry of judgment or award for any current claims or those that may arise in the future, including any appeals.

        Respectfully submitted,

        */s/Phillip S. Howell*
        Phillip Howell, Esq.; Fla. Bar No.: 377030
        Todd Jennings, Esq.; Fla. Bar No.: 93910
        GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
        620 East Twiggs Street, Suite 303
        Tampa, Florida 33602
        Telephone: (813) 977-1200
        Telecopier: (813) 977-1288

OF COUNSEL:
Jason P. Waguespack, T.A.
Federal I.D. No. 268357
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Telecopier:  (504) 525-2456
ATTORNEYS FOR PLAINTIFF
BBC CHARTERING & LOGISTIC GMBH & CO. K.G.