# EXHIBIT B

| | |
|---|---|
| **Shipper**<br>Yacht Path International Inc.<br>2401 PGA Blvd. Suite 155<br>Palm Beach Gardens, FL 33410 | **BILL OF LADING NO.** BBCH5681601VP01<br><br>TO BE USED WITH CHARTER-PARTIES<br><br>Reference No.   BN: 13-019 |
| **Consignee**<br>Christensen Brokerage East<br>LLC, 3001 Keith Steet NW,<br>Cleveland, TN 37312 United States | |
| **Notify address**<br>Vandergrift, 1800 Eller Drive, suite 101<br>Ft. Lauderdale, Fl 33316   United States | |

| Vessel | voy. No. | Port of loading |
|---|---|---|
| BBC VESUVIUS | | VICTORIA |

**Port of discharge**
PORT EVERGLADES

| Shipper's description of goods said to be: | Gross weight |
|---|---|
| 1 YACHT    120 Christensen<br>            120 x 26'3 x<br>            CNV00012K495<br>            First Draw | SAID TO WEIGHT<br>208,600 kgs |

FREIGHT PAYABLE AS PER CHARTER PARTY DATED OCTOBER 21, 2012
ON BOARD THE M/V BBC VESUVIUS AT VICTORIA ON JANUARY 25, 2013

" ABOVE YACHT IS CARRIED ON DECK AT SHIPPER'S / CHARTERER'S/ RECEIVER'S RISK AS TO PERILS INHERENT IN SUCH CARRIAGE, ANY WARRANTY OF SEAWORTHINESS OF THE VESSEL EXPRESSLY WAIVED BY THE SHIPPER / CHARTERER / RECEIVER, AND IN ALL OTHERRESPECTS SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT, 1936"

MASTER REMARKS: USED LOADED OUT OF THE WATER

| | |
|---|---|
| Freight payable as per<br><br>CHARTER-PARTY dated<br><br>FREIGHT ADVANCE<br>Received on account of freight:<br><br>...................................................<br><br>Time used for loading ............... days ............... hours. | S H I P P E [ at the Port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value unknown.<br><br>IN WITNESS whereof the Master of Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date any one of which being accomplished the others shall be void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| | Freight payable at<br>AS PER C/P |
| | Number of original Bs/L<br>01/ONE |
| | Place and date of issue<br>Port Everglades, JANUARY 25, 2013 |
| | Signature<br>AS AGENTS FOR AND<br>ON BEHALF OF THE |

| CODE NAME: "CONGENBILL": EDITION 1994 | | BILL OF LADING NO. | BBCH5681601VP02 |
|---|---|---|---|
| Shipper<br>Yacht Path International Inc.<br>2401 PGA Blvd. Suite 155<br>Palm Beach Gardens, FL 33410 | | TO BE USED WITH CHARTER-PARTIES | |
| | | Reference No. | BN: 13-019 |

**Consignee**
Christensen Brokerage East
LLC, 3001 Keith Steet NW,
Cleveland, TN 37312 United States

**Notify address**
Vandergrift, 1800 Eller Drive, suite 101
Ft. Lauderdale, Fl 33316     United States

| Vessel | voy. No. | Port of loading |
|---|---|---|
| BBC VESUVIUS | | Victoria |

**Port of discharge**
Port Everglades

**Shipper's description of goods said to be:**

| | | Gross weight |
|---|---|---|
| | | SAID TO WEIGHT |
| 1 YACHT | 145 Christensen<br>145' x 27'5x<br>CNV00025G002<br>Aghassi | 276,600 kgs |

FREIGHT PAYABLE AS PER CHARTER PARTY DATED OCTOBER 21, 2012
ON BOARD THE M/V BBC VESUVIUS AT VICTORIA ON JANUARY 25, 2013

" ABOVE YACHT IS CARRIED ON DECK AT SHIPPER'S / CHARTERER'S/ RECEIVER'S RISK AS TO
PERILS INHERENT IN SUCH CARRIAGE, ANY WARRANTY OF SEAWORTHINESS OF THE VESSEL
EXPRESSLY WAIVED BY THE SHIPPER / CHARTERER / RECEIVER, AND IN ALL OTHERRESPECTS
SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT, 1936"

MASTER REMARKS: USED LOADED OUT OF THE WATER

| Freight payable as per<br><br>CHARTER-PARTY dated<br><br>FREIGHT ADVANCE<br><br>Received on account of freight:<br><br>Time used for loading ............... days ............... hours. | SHIPPED at the Port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value unknown.<br><br>IN WITNESS whereof the Master of Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date any one of which being accomplished the others shall be void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF | |
|---|---|---|
| | Freight payable at<br>AS PER C/P | Place and date of issue<br>Port Everglades, JANUARY 25, 2013 |
| | Number of original Bs/L<br>01/ONE | Signature<br>AS AGENTS FOR AND<br>ON BEHALF OF THE<br>MASTER OF MV |

CODE NAME: "CONGENBILL": EDITION 1994

| | |
|---|---|
| **Shipper**<br>Yacht Path International Inc.<br>2401 PGA Blvd. Suite 155<br>Palm Beach Gardens, FL 33410 | **BILL OF LADING NO.**  BBCH5681601VP03<br><br>TO BE USED WITH CHARTER-PARTIES<br><br>Reference No.   BN: 13-019 |
| **Consignee**<br>All American Marine, Inc. 200<br>Harris Ave, Bellingham, WA<br>98225, United States | |
| **Notify address**<br>Vandergrift, 1800 Eller Drive, suite 101<br>Ft. Lauderdale, Fl 33316    United States | |

| Vessel | voy. No. | Port of loading |
|---|---|---|
| BBC VESUVIUS | | Victoria |

**Port of discharge**
Port Everglades

**Shipper's description of goods sold to be:**

1 YACHT    64' AAM Survey Catamaran
           66' x 24'x
           AAP62146H112
           "No Name"

**Gross weight**
SAID TO WEIGHT
41,000 kgs

FREIGHT PAYABLE AS PER CHARTER PARTY DATED OCTOBER 21, 2012
ON BOARD THE M/V BBC VESUVIUS ON JANUARY 25, 2013

" ABOVE YACHT IS CARRIED ON DECK AT SHIPPER'S / CHARTERER'S/ RECEIVER'S RISK AS TO
PERILS INHERENT IN SUCH CARRIAGE, ANY WARRANTY OF SEAWORTHINESS OF THE VESSEL
EXPRESSLY WAIVED BY THE SHIPPER / CHARTERER / RECEIVER, AND IN ALL OTHERRESPECTS
SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT, 1936"

MASTER REMARKS: USED LOADED OUT OF THE WATER

| | |
|---|---|
| Freight payable as per<br><br>CHARTER-PARTY dated<br><br>FREIGHT ADVANCE<br><br>Received on account of freight:<br><br>.............................................................<br><br>Time used for loading ............... days ............... hours. | SHIPPED at the Port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value unknown.<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date any one of which being accomplished the others shall be void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at<br>AS PER C/P | Place and date of issue<br>Port Everglades, JANUARY 25, 2013 |
| Number of original Bs/L<br>01/ONE | Signature<br> AS AGENTS FOR AND<br>ON BEHALF OF THE<br>MASTER OF MV |

CODE NAME: "CONGENBILL": EDITION 1994

**Shipper**
Yacht Path International Inc.
2401 PGA Blvd. Suite 155
Palm Beach Gardens, FL 33410

**BILL OF LADING NO.**  BBCH5681601VP04

TO BE USED WITH CHARTER-PARTIES

Reference No.  BN: 13-019

**Consignee**
Larry Hemmerich
37 Yew Lane, Friday Harbor
WA, 98250 United States

**Notify address**
Vandergrift, 1800 Eller Drive, suite 101
Ft. Lauderdale, Fl 33316     United States

| Vessel | voy. No. | Port of loading |
|---|---|---|
| BBC VESUVIUS | | Victoria |

**Port of discharge**
Port Everglades

**Shipper's description of goods said to be:**

| | | Gross weight |
|---|---|---|
| 1 YACHT | 37' Campbell | SAID TO WEIGHT |
| | 42' x 13'2 | 10,000 kgs |
| | CTV370023506 | |
| | "Knotty Dog" | |

FREIGHT PAYABLE AS PER CHARTER PARTY DATED OCTOBER 21, 2012
ON BOARD THE M/V BBC VESUVIUS ON JANUARY 25, 2013

" ABOVE YACHT IS CARRIED ON DECK AT SHIPPER'S / CHARTERER'S/ RECEIVER'S RISK AS TO PERILS INHERENT IN SUCH CARRIAGE, ANY WARRANTY OF SEAWORTHINESS OF THE VESSEL EXPRESSLY WAIVED BY THE SHIPPER / CHARTERER / RECEIVER, AND IN ALL OTHERRESPECTS SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT, 1936"

MASTER REMARKS: USED LOADED OUT OF THE WATER

Freight payable as per

CHARTER-PARTY dated

FREIGHT ADVANCE

Received on account of freight:

..........................................................................

Time used for loading .............. days ................ hours.

SHIPPED at the Port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master of Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| AS PER C/P | Port Everglades, JANUARY 25, 2013 |
| Number of original Bs/L | Signature |
| 01/ONE | AS AGENTS FOR AND ON BEHALF OF THE MASTER OF MV |

CODE NAME: "CONGENBILL": EDITION 1994

| Shipper | BILL OF LADING NO. | BBCH5681601VP05 |
|---|---|---|
| Yacht Path International Inc.<br>2401 PGA Blvd. Suite 155<br>Palm Beach Gardens, FL 33410 | TO BE USED WITH CHARTER-PARTIES | |
| | Reference No. | BN: 13-019 |

Consignee
Traditional Yachts Inc.,
6671 W Indiantown Rd. Ste 56-310
Jupiter, Fl 33458-3984  United States

Notify address
Vandergrift, 1800 Eller Drive, suite 101
Ft. Lauderdale, Fl 33316      United States

| Vessel | voy. No. | Port of loading |
|---|---|---|
| BBC VESUVIUS | | Victoria |

Port of discharge
Port Everglades

Shipper's description of goods said to be:

1 YACHT         41' American Tug
                41' x 15/10x
                US-TQG43504H213
                "No Name"

Gross weight
SAID TO WEIGHT
13,600 kgs

FREIGHT PAYABLE AS PER CHARTER PARTY DATED OCTOBER 21, 2012
ON BOARD THE M/V BBC VESUVIUS ON JANUARY 25, 2013

" ABOVE YACHT IS CARRIED ON DECK AT SHIPPER'S / CHARTERER'S/ RECEIVER'S RISK AS TO
PERILS INHERENT IN SUCH CARRIAGE, ANY WARRANTY OF SEAWORTHINESS OF THE VESSEL
EXPRESSLY WAIVED BY THE SHIPPER / CHARTERER / RECEIVER, AND IN ALL OTHERRESPECTS
SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE  OF GOODS BY SEA ACT, 1936"

MASTER REMARKS: USED LOADED OUT OF THE WATER

Freight payable as per

CHARTER-PARTY dated

FREIGHT ADVANCE

Received on account of freight:

Time used for loading ............... days ............... hours.

SHIPPED at the Port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master of Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of Issue |
|---|---|
| AS PER C/P | Port Everglades, JANUARY 25, 2013 |
| Number of original Bs/L | Signature |
| 01/ONE | AS AGENTS FOR AND<br>ON BEHALF OF THE<br>MASTER OF MV |

| CODE NAME: "CONGENBILL": EDITION 1994 | BILL OF LADING NO. | BBCH5681601VP06 |
|---|---|---|
| **Shipper**<br>Yacht Path International Inc.<br>2401 PGA Blvd. Suite 155<br>Palm Beach Gardens, FL 33410 | TO BE USED WITH CHARTER-PARTIES | |
| | Reference No. | BN: 13-019 |
| **Consignee**<br>Pure Luxury LLC<br>Charles Whittington<br>725 SW Higgins Ave Suite C<br>Missoula, MI 59803 | | |
| **Notify address**<br>Vandergrift, 1800 Eller Drive, suite 101<br>Ft. Lauderdale, Fl 33316    United States | | |

| Vessel         voy. No. | Port of loading |
|---|---|
| BBC VESUVIUS | Victoria |

**Port of discharge**
Port Everglades

**Shipper's description of goods said to be:**

| | | Gross weight |
|---|---|---|
| 1 YACHT | 57' Marlow Explorer<br>65'2" x 18'2"<br>XXE5711K607<br>"Liberty" | SAID TO WEIGHT<br>29,020 kgs |

FREIGHT PAYABLE AS PER CHARTER PARTY DATED OCTOBER 21, 2012
ON BOARD THE M/V BBC VESUVIUS ON JANUARY 25, 2013

" ABOVE YACHT IS CARRIED ON DECK AT SHIPPER'S / CHARTERER'S/ RECEIVER'S RISK AS TO
PERILS INHERENT IN SUCH CARRIAGE, ANY WARRANTY OF SEAWORTHINESS OF THE VESSEL
EXPRESSLY WAIVED BY THE SHIPPER / CHARTERER / RECEIVER, AND IN ALL OTHERRESPECTS
SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT, 1936"

MASTER REMARKS: USED LOADED OUT OF THE WATER

| Freight payable as per<br><br>CHARTER-PARTY dated<br><br>FREIGHT ADVANCE<br><br>Received on account of freight:<br><br>..................................................................<br><br>Time used for loading ............... days ............... hours. | S H I P P E [ at the Port of loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value unknown.<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date any one of which being accomplished the others shall be void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
|---|---|
| **Freight payable at**<br>AS PER C/P | **Place and date of issue**<br>Port Everglades, JANUARY 25, 2013 |
| **Number of original Bs/L**<br>01/ONE | **Signature**<br>AS AGENTS FOR AND<br>ON BEHALF OF THE MASTER OF MV |