UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. KG, § § § *Plaintiff* § § V. § § YACHT PATH INTERNATIONAL, INC., § *in personam*, CERTAIN CARGO SHIPPED § ONBOARD THE M/V BBC VESUVIUS § PURSUANT TO B/L NOS. § BBCH5681601VP01, BBCH5681601VP02, § BBCH5681601VP03, BBCH5681601VP04, § BBCH5681601VP05, AND § BBCH5681601VP06, *in rem* § § *Defendants* § | CIVIL ACTION NO. 13-60417 JIC<br><br>**IN ADMIRALTY**<br><br>Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## EMERGENCY *EX PARTE* MOTION FOR ISSUANCE OF WARRANT OF MARITIME ARREST

The plaintiff, BBC Chartering & Logistic GmbH & Co. K.G., by and through undersigned counsel, hereby moves this Court pursuant to Supplemental Rule C for the issuance of a warrant of maritime arrest.

In further support of this motion, the plaintiff refer to the Complaint and its Verification, and submits a draft order.

WHEREFORE, the plaintiff respectfully request this Court grant their motion.

Dated: February 22, 2013

1

2

                                        Respectfully submitted,

                                        /s/Phillip S. Howell
                                        Phillip Howell, Esq.; Fla. Bar No.: 377030
                                        Todd Jennings, Esq.; Fla. Bar No.: 93910
                                        GALLOWAY, JOHNSON, TOMPKINS,
                                        BURR & SMITH
                                        620 East Twiggs Street, Suite 303
                                        Tampa, Florida 33602
                                        Telephone: (813) 977-1200
                                        Telecopier: (813) 977-1288

OF COUNSEL:
Jason P. Waguespack, T.A.
Federal I.D. No. 268357
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Telecopier:  (504) 525-2456
ATTORNEYS FOR PLAINTIFF
BBC CHARTERING & LOGISTIC GMBH & CO. K.G.