UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



| | | |
|---|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. KG, | § § § | |
| *Plaintiff* | § § § | CIVIL ACTION NO. _____ |
| V. | § § | **IN ADMIRALTY** |
| YACHT PATH INTERNATIONAL, INC., *in personam*, CERTAIN CARGO SHIPPED ONBOARD THE M/V BBC VESUVIUS PURSUANT TO B/L NOS. BBCH5681601VP01, BBCH5681601VP02, BBCH5681601VP03, BBCH5681601VP04, BBCH5681601VP05, AND BBCH5681601VP06, | § § § § § § § § § | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| *Defendant* | § | |

13-60417 JIC

## CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

The plaintiff, BBC Chartering & Logistic GmbH & Co. KG (BBC), by and through its undersigned counsel, and National Maritime Services (NMS), the proposed substitute custodian, hereby expressly releases the U.S. Marshal for this District, and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of the following while in the hands of NMS:

> **120' Christensen, 120' x 26'3", CNV00012K495, "First Draw;"**
> **145' Christensen, 145' x 27'5", CNV00025G002, "Aghassi;"**
> **64' AAM Survey Catamaran, 66' x 24', AAP62146H112, no name;**
> **37' Campbell, 42' x 13'2", CTV370023506, "Knotty Dog;"**
> **41' American Tug, 41' x 15'10", US-TQG43504H213, no name; and**
> **57' Marlow Explorer, 65'2" x 18'2", XXE5711K607, "Liberty."**

The plaintiff and substitute custodian, National Maritime Services, AGREE TO RELEASE AND HOLD HARMLESS, AND INDEMNIFY THE UNITED STATES OF

AMERICA, THE UNITED STATES MARSHAL, THEIR AGENTS, SERVANTS, EMPLOYEES, AND ALL OTHERS FOR WHOM THEY ARE RESPONSIBLE, FROM ANY AND ALL LIABILITY OR RESPONSIBLILITY FOR CLAIMS ARISING FROM THE ARREST OR ATTACHMENT OF THE VESSEL.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the plaintiff and the substitute custodian to sign this Consent and Indemnification Agreement for, and on their behalf.

SIGNED this 22nd day of February, 2013.

Respectfully submitted,

/s/Phillip S. Howell
Phillip Howell, Esq.; Fla. Bar No.: 377030
Todd Jennings, Esq.; Fla. Bar No.: 93910
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
620 East Twiggs Street, Suite 303
Tampa, Florida 33602
Telephone: (813) 977-1200
Telecopier: (813) 977-1288

OF COUNSEL:
Jason P. Waguespack, T.A.
Federal I.D. No. 268357
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Telecopier:  (504) 525-2456
ATTORNEYS FOR PLAINTIFF
BBC CHARTERING & LOGISTIC GMBH & CO. K.G.