UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY _____ J.

2013 FEB 22 PM 5: 34

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

| | |
|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. KG, § § § *Plaintiff* § § V. § § YACHT PATH INTERNATIONAL, INC., § *in personam*, CERTAIN CARGO SHIPPED § ONBOARD THE M/V BBC VESUVIUS § PURSUANT TO B/L NOS. § BBCH5681601VP01, BBCH5681601VP02, § BBCH5681601VP03, BBCH5681601VP04, § BBCH5681601VP05, AND § BBCH5681601VP06, *in rem* § § *Defendants* § | CIVIL ACTION NO. 13CV60417-COHN<br><br>**IN ADMIRALTY**<br><br>Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## ORDER GRANTING APPOINTMENT OF SUBSTITUTE CUSTODIAN

THIS CAUSE came before the Court upon the plaintiff's Motion for Appointment of Substitute Custodian. The Court having reviewed the plaintiff's motion, and being otherwise duly advised in the premises, it is:

**ORDERED AND ADJUDGED** that the U.S. Marshal for the Southern District of Florida, be, and is, hereby authorized and directed forthwith to surrender the possession of the Property described in the Complaint to the Substitute Custodian, National Maritime Services, and that upon such surrender the U.S. Marshal be discharged from his duties and responsibilities for the safekeeping of said Property and held harmless from any and all claims arising whatever out of the said substituted possession and safekeeping and/or movement of the vessel;

1

IT IS FURTHER ORDERED, that National Maritime Services, be and the same is hereby appointed Custodian of the Property to retain the same in its custody and control for safekeeping; and that all expenses for the safekeeping of the Property shall be deemed administrative expenses of the U.S. Marshal. Charges for custodial services will be in accordance with National Maritime Services Fee Schedule.

IT IS FURTHER ORDERED, that National Maritime Services, shall be permitted to tow the Cargo to its facilities located at 1915 Southwest 21st Ave, Fort Lauderdale, FL, where it will remain pending further Order of the Court.

DONE and ORDERED at Fort Lauderdale, Florida, this 22nd day of February, 2013.

_____
United States District Judge

Copies to:

Counsel of Record

And

National Maritime Services
ATTN: Bill O'Dell
1915 Southwest 21st. Avenue
Fort Lauderdale, Florida, 33312-3113
Mobile +954 599 3340
Ph: +954 990 1058
Fax: +954 602 9127
E-mail: billo@vesselarrest.com