UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY _____

2013 FEB 22  PM 5:34

| | |
|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. K.G., <br><br> *Plaintiff* <br><br> V. <br><br> YACHT PATH INTERNATIONAL, INC., *in personam*, CERTAIN CARGO SHIPPED ONBOARD THE M/V BBC VESUVIUS PURSUANT TO B/L NOS. BBCH5681601VP01, BBCH5681601VP02, BBCH5681601VP03, BBCH5681601VP04, BBCH5681601VP05, AND BBCH5681601VP06, *in rem*, <br><br> *Defendant* | CIVIL ACTION NO. 13cv60417-COHN <br><br> **IN ADMIRALTY** <br><br> Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## SUMMONS WARRANT OF MARITIME ARREST

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

WHEREAS, the complaint in the above-styled case was filed in the Fort Lauderdale Division of this Court on February 22, 2013.

In accordance with Supplemental Rule (C)(4) of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Southern District of Florida Local Admiralty Rule C(4), you are arrest the cargo indicated below:

1. 120' Christensen, 120' x 26'3", CNV00012K495, "First Draw;"

2. 145' Christensen, 145' x 27'5", CNV00025G002, "Aghassi;"

3. 64' AAM Survey Catamaran, 66' x 24', AAP62146H112, no name;

4. 37' Campbell, 42' x 13'2", CTV370023506, "Knotty Dog;"

1

    5. 41' American Tug, 41' x 15'10", US-TQG43504H213, no name; and

    6. 57' Marlow Explorer, 65'2" x 18'2", XXE5711K607, "Liberty;"

You shall also give notice of the arrest to every person required by the appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

WITNESS THE HONORABLE

__JAMES I. COHN_____ Judge of said Court at Ft. Lauderdale, Florida, in said District, this __22nd__ day of February, 2013.

**STEVEN M. LARIMORE**
_____, CLERK
BY: _____
        Deputy Clerk

NOTE: This process is issued pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

ORDER: Warrant to issue for delivery to U.S. Marshal not later than Noon of next business day following issuance.
☐ Not to be executed on legal holiday, weekend or after Noon or date preceding same.
☒ May be executed anytime or day.
_____
U.S. DISTRICT JUDGE

Respectfully submitted,

/s/Phillip S. Howell
Phillip Howell, Esq.; Fla. Bar No.: 377030
Todd Jennings, Esq.; Fla. Bar No.: 93910
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
620 East Twiggs Street, Suite 303
Tampa, Florida 33602
Telephone: (813) 977-1200
Telecopier: (813) 977-1288

2

OF COUNSEL:
Jason P. Waguespack, T.A.
Federal I.D. No. 268357
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Telecopier:  (504) 525-2456
ATTORNEYS FOR PLAINTIFF
BBC CHARTERING & LOGISTIC GMBH & CO. K.G.