UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY _____

2013 FEB 22 PM 5:34

CLERK U.S. DIST. CT.
S.D. OF FLA - FTL

| | |
|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. KG, <br><br> *Plaintiff* <br><br> V. <br><br> YACHT PATH INTERNATIONAL, INC., *in personam*, CERTAIN CARGO SHIPPED ONBOARD THE M/V BBC VESUVIUS PURSUANT TO B/L NOS. BBCH5681601VP01, BBCH5681601VP02, BBCH5681601VP03, BBCH5681601VP04, BBCH5681601VP05, AND BBCH5681601VP06, *in rem* <br><br> *Defendants* | CIVIL ACTION NO. 13cv 60417-COHN <br><br> **IN ADMIRALTY** <br><br> Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## EMERGENCY ORDER DIRECTING ARREST

Pursuant to Supplemental Admiralty Rules C(3), the Clerk is directed to issue the summons and process of arrest in the above-styled action; it is further

**ORDERED** that all activity related to the arrested cargo (120' Christensen, 120' x 26'3", CNV00012K495, "First Draw;" 145' Christensen, 145' x 27'5", CNV00025G002, "Aghassi;" 64' AAM Survey Catamaran, 66' x 24', AAP62146H112, no name; 37' Campbell, 42' x 13'2", CTV370023506, "Knotty Dog;" 41' American Tug, 41' x 15'10", US-TQG43504H213, no name; and 57' Marlow Explorer, 65'2" x 18'2", XXE5711K607, "Liberty") shall cease and the cargo shall not move or relocate outside the jurisdiction without an order of this Court; and it is further

**ORDERED** that a copy of this Order be attached and served with said writ of arrest;

1

**DONE and ORDERED** at Ft. Lauderdale, Florida, this 22ND day of February, 2013.

*/s/ James I. Cohn*
United States District Judge