UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. KG, § § § *Plaintiff* § § V. § § YACHT PATH INTERNATIONAL, INC., § *in personam*, CERTAIN CARGO SHIPPED § ONBOARD THE M/V BBC VESUVIUS § PURSUANT TO B/L NOS. § BBCH5681601VP01, BBCH5681601VP02, § BBCH5681601VP03, BBCH5681601VP04, § BBCH5681601VP05, AND § BBCH5681601VP06, *in rem* § § *Defendants* § | CIVIL ACTION NO. 13-cv-60417 JUDGE COHN **IN ADMIRALTY** Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## UNOPPOSED MOTION FOR PARTIAL RELEASE OF ARRESTED CARGO

The plaintiff, BBC Chartering & Logistic GmbH & Co. K.G. ("BCC"), moves the Court to release, without prejudice, from arrest certain cargo of identified as the 37' Campbell, Hull No. CTV370023506, "Knotty Dog;" and 41' American Tug, Hull No. US-TQG43504H213, *in rem*, currently under arrest in the Port of Fort Lauderdale, State of Florida, in the Custody of the Substitute Custodian, National Maritime Services in accordance with a Warrant of Arrest ordered by this Court on February 22, 2013. *See* Bills of Lading No. BBCH5681601VP04 and BBCH5681601VP05, attached hereto as Exhibit 1. For grounds therefore, BBC states that this release will further the efforts to facilitate a resolution with the defendant, Yacht Path International, Inc. ("Yacht Path"), and limit the potential costs associated with this proceeding.

This release shall be issued without prejudice to BBC; and BBC shall maintain all of its rights against Yacht Path and any other defendants including, but not limited to, a certain cargo

of identified on Bill of Lading BBCH5681601VP01 through BBCH5681601VP03 and BBCH5681601VP06, *in rem*, currently under arrest in the Port of Fort Lauderdale, State of Florida, in the Custody of the Substitute Custodian, National Maritime Services in accordance with a Warrant of Arrest ordered by this Court on February 22, 2013.  *See* Bill of Lading attached hereto as Exhibit 2.  BBC specifically further maintains all of its rights available under Admiralty law and the laws of the Federal and State governments.

*In sum, BBC desires to release the cargo identified on Bills of Lading BBCH5681601VP04 and BBCH5681601VP05  (See Exhibit 1), without prejudice, while specifically maintaining the arrest of the cargo identified on Bills of Lading* BBCH5681601VP01 through BBCH5681601VP03 and BBCH5681601VP06 *(See Exhibit 2).*

Dated:  February 26, 2013

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Undersigned counsel hereby certifies that they have conferred with all parties and non-parties who may be affected by the relief sought in this Motion, and that all parties and non-parties who may be affected by the relief sought in this Motion agree to the relief sought in this Motion.

Respectfully submitted,

*/s/Phillip S. Howell*   _____
Phillip Howell, Esq.; Fla. Bar No.: 377030
Todd Jennings, Esq.; Fla. Bar No.: 93910
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
620 East Twiggs Street, Suite 303
Tampa, Florida 33602
Telephone: (813) 977-1200
Telecopier: (813) 977-1288

OF COUNSEL:
Jason P. Waguespack, T.A.

Federal I.D. No. 268357
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Telecopier:  (504) 525-2456
ATTORNEYS FOR PLAINTIFF
BBC CHARTERING & LOGISTIC GMBH & CO. K.G.