UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| BBC CHARTERING & LOGISTIC GmbH & CO. KG, | § § § | |
| *Plaintiff* | § § § | CIVIL ACTION NO. 13-cv-60417 |
| V. | § § | JUDGE COHN |
| YACHT PATH INTERNATIONAL, INC., *in personam*, CERTAIN CARGO SHIPPED ONBOARD THE M/V BBC VESUVIUS PURSUANT TO B/L NOS. BBCH5681601VP01, BBCH5681601VP02, BBCH5681601VP03, BBCH5681601VP04, BBCH5681601VP05, AND BBCH5681601VP06, *in rem* | § § § § § § § § § § | **IN ADMIRALTY** Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| *Defendants* | § | |

## UNOPPOSED MOTION FOR PARTIAL RELEASE OF ARRESTED CARGO

The plaintiff, BBC Chartering & Logistic GmbH & Co. K.G. ("BCC"), moves the Court to release, without prejudice, from arrest certain cargo identified as the 120' Christensen "First Draw", Hull Id. No. CNV00012K495, and the 145' Christensen "Aghassi", Hull Id. No. CNV00025G002, *in rem*, currently under arrest in the Port of Fort Lauderdale, State of Florida, in the Custody of the Substitute Custodian, National Maritime Services in accordance with a Warrant of Arrest ordered by this Court on February 22, 2013. *See* Bills of Lading No. BBCH5681601VP01 and BBCH5681601VP02 attached as Exhibit B to the Complaint for Maritime Arrest (Rec Doc 1), at pp. 1-2. For grounds therefore, BBC states that this release will further the efforts to facilitate a resolution with the defendant, Yacht Path International, Inc. ("Yacht Path"), and limit the potential costs associated with this proceeding.

This release shall be issued without prejudice to BBC; and BBC shall maintain all of its rights against Yacht Path.  BBC specifically further maintains all of its rights available under Admiralty law and the laws of the Federal and State governments.

*In sum, BBC desires to release the cargo identified on Bills of Lading BBCH5681601VP01 and BBCH5681601VP02, without prejudice.*

Dated:  February 28, 2013

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Undersigned counsel hereby certifies that they have conferred with all parties and non-parties who my be affected by the relief sought in this Motion, and that all such parties and non-parties agree to the relief sought in this Motion.

Respectfully submitted,

*/s/Phillip S. Howell*
Phillip Howell, Esq.; Fla. Bar No.: 377030
Todd Jennings, Esq.; Fla. Bar No.: 93910
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
620 East Twiggs Street, Suite 303
Tampa, Florida 33602
Telephone: (813) 977-1200
Telecopier: (813) 977-1288

OF COUNSEL:
Jason P. Waguespack, T.A.
Federal I.D. No. 268357
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Telecopier: (504) 525-2456
ATTORNEYS FOR PLAINTIFF
BBC CHARTERING & LOGISTIC GMBH & CO. K.G.