UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 13-60417-CIV-COHN/SELTZER

BBC CHARTERING & LOGISTIC
GmbH & CO. KG,

      Plaintiff,

vs.

YACHT PATH INTERNATIONAL, INC.,
in personam, CERTAIN CARGO SHIPPED
ABOARD THE M/V BBC VESUVIUS
PURSUANT TO B/L NOS.
BBCH5681601VP01, BBCH5681601VP02,
BBCH5681601VP03, BBCH5681601VP04,
BBCH5681601VP05, AND BBCH5681601VP06,
in rem,

      Defendants.
_____/

**ORDER GRANTING MOTION TO RELEASE PORTION OF CARGO FROM ARREST**

**THIS CAUSE** is before the Court on the Unopposed Motion for Partial Release of Arrested Cargo [DE 24] ("Motion").  The Court has carefully reviewed the Motion, the record in this case, and is otherwise fully advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Unopposed Motion for Partial Release of Arrested Cargo [DE 24] is **GRANTED**;

2.    The United States Marshal shall release, without prejudice to Plaintiff, certain cargo consisting of the 120' Christensen "First Draw," Hull Id. No. CNV00012K495, and the 145' Christensen "Aghassi," Hull Id. No. CNV00025G002, identified on Bills of Lading Nos. BBCH5681601VP01 and

BBCH5681601VP02, in rem, currently under arrest in the Port of Fort Lauderdale, State of Florida, in the custody of the Substitute Custodian, National Maritime Services in accordance with a Warrant of Arrest ordered by this Court on February 22, 2013; and

3. The release of these two pieces of cargo identified above shall be done without prejudice to and specifically maintaining Plaintiff's claims against the in personam defendant, Yacht Path International, Inc.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this day 1st day of March, 2013.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.